UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MADELYN PAGE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-00965-JLT-CDB (SS)<br><br>ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 16) |

On November 2, 2022, the parties submitted a Stipulation and Proposed Order for Extension of Time requesting the Court to extend Defendant's date to respond to Plaintiff's complaint from November 3, 2022, to January 2, 2023, a 60-day extension. (ECF No. 16).

For the reasons set forth in the stipulation, the Court finds good cause to grant Defendant's requested extension. Accordingly, pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that Defendant's deadline to file a Response to Plaintiff's complaint be extended to **January 2, 2023**.

IT IS SO ORDERED.

Dated:   **November 3, 2022**                                  _____
                                                                                UNITED STATES MAGISTRATE JUDGE