UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MADELYN PAGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 1:22-cv-00965-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING FILING DATE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 19) |

Pending before the Court is the parties' stipulated request to grant Plaintiff a 28-day extension of time to file her motion for summary judgment. (Doc. 19).

The pending stipulation was filed on the day prior to the deadline for Plaintiff to file her motion for summary judgment. Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).[1]

Here, given Plaintiff's representations about the reasons she advances for seeking a further extension of time – which are "press of business" reasons as well as limited working time

---

[1] The Court notes that the extension the parties request may only be granted by order of the Court; the 28-day extension of time without court order provided for under Local Rule 144(a) is unavailable in this case because the filing dates are set by order of the Court.

due to a close family member's poor health – it should have become apparent before the deadline to file a motion for summary judgment that such an extension was needed, and, hence, under Local Rule 144, Plaintiff was required to file her current request for extension of time before now.

While the Court is sympathetic to the explanation of Plaintiff's counsel regarding her role as a caretaker to a family member in poor health and finds good cause for the extension, counsel is directed to exercise diligence and seek any future extensions as soon as the need to do so becomes apparent.  Plaintiff's counsel also is referred to and directed to comply with Local Rule 137(b) (requiring all proposed orders to be emailed by the filer to chambers).

Accordingly, it is HEREBY ORDERED, Plaintiff shall have a 28-day extension of time, from February 17, 2022, to March 17, 2023, to serve and file Plaintiff's motion for summary judgment.

IT IS SO ORDERED.

Dated:   **February 17, 2023**                         _____
                                                       UNITED STATES MAGISTRATE JUDGE