1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEXANDRA MADELYN PAGE,<br><br>            Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No. 1:22-cv-00965-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT'S RESPONSIVE BRIEF<br><br>(Doc. 25) |
|---|---|

Pending before the Court is the Parties' stipulation requesting that Plaintiff be granted a twenty-four (24) day extension in which to submit her reply to Defendant's Responsive Brief to Plaintiff's Motion for Summary Judgment.  This is Plaintiff's second request for an extension. (Doc. 25).  Accordingly, based on the Parties' representations in the stipulation, and for good cause appearing, it is HEREBY ORDERED, the Plaintiff shall have an extension of time from June 26, 2023, to July 17, 2023, to file her reply brief.

IT IS SO ORDERED.

Dated:   **June 15, 2023**

_____
UNITED STATES MAGISTRATE JUDGE