# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MADELYN PAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security[1],<br><br>    Defendant. | Case No.: 1:22-cv-0965 JLT CDB<br><br>ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 31) |

Alexandra Madelyn Page and Martin O'Malley, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees in the amount of $7,750.00 pursuant to the Equal Access to Justice Act. (Doc. 31 at 1.) Accordingly, the Court **ORDERS**, subject to the terms of the parties' stipulation: Plaintiff is **AWARDED** fees in the amount of $7,750.00 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated: __**May 16, 2024**__           _/s/ Jennifer L. Thurston_
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley is substituted as the defendant in this suit.

1