UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA MADELYN PAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:22-cv-0965 JLT CDB<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS AND GRANTING THE MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. § 406(b)<br><br>(Docs. 33, 34) |

　　　Sima G. Aghai, counsel for Alexandra Page, seeks an award of attorney's fees in the amount of $37,764.75, pursuant to 42 U.S.C. § 406(b). (Doc. 33.) Neither Plaintiff nor the Commissioner opposed the motion. The magistrate judge found the requested fees are reasonable based upon the experience of counsel, tasks performed, the results achieved, and the fees awarded in similar cases. (Doc. 34 at 3-4.) Therefore, the magistrate judge recommended the motion for fees be granted, payment be directed to Counsel, and Counsel be directed to refund the $7,750 in fees previously awarded to Plaintiff under the Equal Access to Justice Act. (*Id.* at 5.)

　　　The Court served the Findings and Recommendations on the parties and notified them that any objections were due within 14 days. (Doc. 34 at 5.) The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Neither party filed objections, and the time to do so has passed.

1

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated July 29, 2025 (Doc. 34) are **ADOPTED** in full.
2. Counsel's motion for attorney's fees pursuant to 42 U.S.C. 406(b) (Doc. 33) is **GRANTED**.
3. The funds **SHALL** be paid to counsel, Sima G. Aghai, out of the funds withheld by the Social Security Administration, in the amount of $37,764.75.
4. After payment of fees, any remaining funds being held by the Administration **SHALL** be released to Plaintiff, Alexandra Page.
5. Counsel **SHALL** refund the previously awarded fees in the amount of $7,750.00 to Plaintiff.
6. The Clerk of Court is directed to serve a copy of this Order on Plaintiff:

   Alexandra Page
   11517 Covent Gardens Dr.
   Bakersfield, CA 93311

IT IS SO ORDERED.

Dated:   **August 13, 2025**

UNITED STATES DISTRICT JUDGE